# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MALCOLM JACKSON

VERSUS

UNITED STATES OF AMERICA

CIVIL ACTION

21-637-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Erin Wilder-Doomes dated June 26, 2023, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Petition and amended Petition for Writ of Habeas Corpus Under 28 U.S.C. §2241, filed by pretrial detainee Malcolm Jackson, is DISMISSED WITHOUT PREJUDICE to filing an appropriate challenge to the order detaining him pending trial in his criminal case.

Signed in Baton Rouge, Louisiana the 30 day of August, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 6.